James A. McDevitt
United States Attorney
Eastern District of Washington
Stephanie A. Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CR-08-0040-CI |
| JEREMY C. EVANS | Order of Dismissal With Prejudice |
| Defendant. | |

Upon the Motion and Declaration of the United States, with good cause having been shown,

IT IS ORDERED that the Motion **(Ct. Rec. 27)** is **GRANTED.** The Information dated April 1, 2008, charging the Defendant, JEREMY C. EVANS, with violation of 18 U.S.C. 18 U.S.C. § 661, Theft of Personal Property Valued Less than $1000, be dismissed with prejudice.

DATED April 27, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order of Dismissal With Prejudice - 1